Mussenden v Rapid Processing, LLC (2024 NY Slip Op 04076)

Mussenden v Rapid Processing, LLC

2024 NY Slip Op 04076

Decided on July 31, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 31, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
PAUL WOOTEN
LILLIAN WAN
JANICE A. TAYLOR, JJ.

2021-09406
 (Index No. 505094/17)

[*1]David Mussenden, appellant, 
v
Rapid Processing, LLC, respondent, et al., defendant.

Weitzman Law Offices, LLC, New York, NY (Raphael Weitzman of counsel), for appellant.
Dealy, Silberstein & Braverman, LLP, New York, NY (Milo Silberstein of counsel), for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for fraud, the plaintiff appeals from an order of the Supreme Court, Kings County (Mark I. Partnow, J.), dated November 12, 2021. The order granted the motion of the defendant Rapid Processing, LLC, pursuant to CPLR 3211(a) to dismiss the complaint insofar as asserted against it.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
This appeal from an order dated November 12, 2021, which granted the motion of the defendant Rapid Processing, LLC, pursuant to CPLR 3211(a) to dismiss the complaint insofar as asserted against it on the ground that the action was time-barred, has been rendered academic in light of our determination on a related appeal (see Mussenden v Rapid Processing, LLC, ____ AD3d ____ [Appellate Division Docket No. 2021-03614; decided herewith]).
DUFFY, J.P., WOOTEN, WAN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court